UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN THE MATTER OF AN APPLICATION TO        ORDER
OBTAIN LOCATION DATA CONCERNING           13 M J 242   (GRB)
A MOBILE TELEPHONE.

------------------------------------------------------------X

**BROWN, Magistrate Judge:**

Before the Court is an application for certain prospective cell phone geolocation data which the United States is seeking in an effort to locate an individual for whom this Court issued a felony arrest warrant on March 18, 2013. While there are several issues related to this matter that may be worthy of further explanation, there is an imminent need to resolve this application quickly. As such, the Court is issuing this short-form order but may follow up with a more detailed opinion at a later date.

Based on the evidence submitted, I find there is probable cause to believe that the information sought will assist in the location and apprehension of the subject individual, and therefore a search warrant may properly issue. In the alternative, the issuance of the subject orders is properly authorized under 18 U.S.C. §2703, without the demonstration of probable cause.

Dated: Central Islip, New York          SO ORDERED:
       March 19, 2013

                                        /s/ Gary R. Brown
                                        GARY R. BROWN
                                        United States Magistrate Judge

1